IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CLEATUS W. SHONK and RAE ANN
SHONK,

              Plaintiffs,       1:12-cv-985-CL

                                  **TEMPORARY RESTRAINING ORDER**

     v.

WELLS FARGO BANK NATIONAL
ASSOCIATION and NORTHWEST
TRUSTEES SERVICES, INC.,

              Defendants.

---

**PANNER, District Judge.**

    Plaintiffs seek an ex parte temporary restraining order to enjoin the foreclosure sale of their house. Plaintiffs allege the house is scheduled for a foreclosure sale on June 11, 2012 and defendants have not complied with the legal requirements for a valid non-judicial foreclosure. Plaintiffs allege defendants failed to record all assignments of the trust deed in the county land records prior to initiating the foreclosure proceedings.

    In Oregon, a party initiating non-judicial foreclosure proceedings must record all assignments of the trust deed. ORS

1  - ORDER

86.735(1); <u>Hooker v. Northwest Trustee Services, Inc.</u>, 2011 WL
2119103, *3 (D. Or. May 25) (internal citation omitted; <u>In re
McCoy</u>, 2011 WL 477820, at *3-4 (Bankr. D. Or. Feb. 7)); <u>James v.
Recontrust Co., et al</u>, 2012 WL 653871, at *19-20 (D. Or. Feb.
29).

    Because of the alleged imminent foreclosure sale, and
because plaintiffs' allegations demonstrate a sufficient
likelihood of success on the merits of her claim that defendants
did not comply with the recording requirements of the Oregon
Trust Deed Act, I grant plaintiffs' request for a temporary
restraining order (#4). Defendants, and their officers and
agents, and other persons in active concert or participation with
defendants, who receive actual notice of this order, are
restrained from conducting a foreclosure sale for the following
property: 4135 Tamarack Drive, Medford, Oregon, from this day
until Thursday, June 21, 2012, at 5:00 p.m. I will hold a hearing
on whether to issue a preliminary injunction at 10:00 a.m. on
June 21, 2012, in the James A. Redden Courthouse in Medford.

    IT IS SO ORDERED.

    DATED this ___8___ day of June, 2012 at _2:00_ clock _PM_.

                              Owen M. Panner
                              United States District Judge

2  - ORDER